**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| STA GROUP LLC, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:22-CV-00381-JRG-RSP |
| | § | |
| MOTOROLA SOLUTIONS, INC., | § | |
| | § | |
| *Defendant.* | § | |

## ORDER

Defendant Motorola Solutions, Inc. ("Motorola") previously filed a Motion to Dismiss (Dkt. No. 13). Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 87), recommending denial of Motorola's Motion to Dismiss. Motorola has now filed Objections (Dkt. No. 103), with Plaintiff STA ("STA") filing a Response (Dkt. No. 113).

After conducting a *de novo* review of the briefing on the Motion to Dismiss, the Report and Recommendation, and the briefing on Motorola's Objections, the Court agrees with the reasoning provided within the Report and Recommendation and concludes that the Objections fail to show that the Report and Recommendation was erroneous. Consequently, the Court **OVERRULES** Motorola's Objections and **ADOPTS** the Report and Recommendation. Accordingly, it is **ORDERED** that the Motion to Dismiss (Dkt. No. 13) is **DENIED**.

So ORDERED and SIGNED this 11th day of August, 2023.

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE