IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| STA GROUP LLC, | § | |
| *Plaintiff,* | § § § | |
| v. | § § | Case No. 2:22-CV-00381-JRG-RSP |
| MOTOROLA SOLUTIONS, INC., | § § § | |
| *Defendant.* | § § § | |

## ORDER

Counterclaim Defendants Dillon Kane Group LLC and Instant Connect Software LLC previously filed a Motion to Dismiss Counterclaims ("the Motion"). (Dkt. No. 114.) Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 236) in which he recommended denying the Motion. Due to no objections being filed and because of the reasons set forth in the Report and Recommendation, the Recommendation is **ADOPTED**. It is therefore **ORDERED** that the Motion (Dkt. No. 114) is **DENIED**.

**So ORDERED and SIGNED this 26th day of March, 2024.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE

1