# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | |
|---|---|
| STA GROUP LLC, § <br> § <br> *Plaintiff,* § <br> § <br> v. § <br> § <br> MOTOROLA SOLUTIONS, INC., § <br> § <br> *Defendant.* § <br> § | Case No.2:22-CV-00381-JRG-RSP |

## ORDER

Plaintiff and Counterclaim Defendant STA Group LLC previously filed a Motion to Dismiss Counterclaims for Failure to State a Claim (Dkt. No. 105.) Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 237), recommending denial of STA's Motion to Dismiss. Because no objections have been filed and for the reasons set forth in the Report and Recommendation, the Recommendation is **ADOPTED**. It is therefore **ORDERED** that the Motion to Dismiss Counterclaims (Dkt. No. 105) is **DENIED**.

**So ORDERED and SIGNED this 28th day of March, 2024.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE

1